*E-Filed 1/3/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR NESTER RAMIREZ, | No. C 11-3105 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| GREG LEWIS, Warden, | |
| Respondent. | |

Petitioner's motion to extend time to file a traverse (Docket No. 33) is GRANTED. The traverse shall be filed on or before February 15, 2013. The Clerk shall terminate Docket No. 33.

**IT IS SO ORDERED**.

DATED: January 3, 2013

RICHARD SEEBORG
United States District Judge